# Court of Appeals
# of the State of Georgia

ATLANTA,  March 11, 2024

*The Court of Appeals hereby passes the following order:*

## A24A1016. JAMES CHAMBERS v. ORA CHAMBERS et al.

In this action for money had and received, pro se plaintiff James Chambers filed this direct appeal, seeking review of the trial court's order denying his motion for partial summary judgment. We lack jurisdiction.

Because this action remains pending below, Chambers was required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the denial of his motion for partial summary judgment. See OCGA §§ 5-6-34 (b); 9-11-56 (h); *Ga. Central Credit Union v. Cole*, 239 Ga. 870, 780 (239 SE2d 37) (1977); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Absent a timely certificate of immediate review, the party seeking to appeal must wait until the final judgment to do so. See OCGA § 5-6-34 (b); *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973). Chambers's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996); *Ga. Central Credit Union*, 239 Ga. at 870.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/11/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*